# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  15 cr 00272 REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN CARLOS AMAYA,
    aka GORDO and CHOLO,
2. LUZ JEANETTE BAEZA,
3. CHRISTIAN BALDERAS CARDONA,
4. FNU LNU AKA CHAPARRO,
5. IVAN DOMINGEZ-QUEZADA
    aka PRIMO and MASCOTA,
6. STEVEN FERGUSON,
    aka BRUISER,
7. WALTER SALINAS FRIAS,
    aka FLACO,
8. ADELMO GALLEGOS,
9. MARLO GONZALEZ,
    aka EVIL,
10. LUIS GRANADOS-ORDONEZ
    aka SHORTY,
11. JASON HOLGUIN,
12. DANIEL LOPEZ,
    aka DROOPY,
13. JORGE LOYA-RAMIREZ,
    aka PRIMO,
14. STEPHANIE MEDINA,
15. ADAM NAKAMURA,
16. JAMES PIERCE,
    aka LEVI,
17. ALAN RAMON,
18. ALAN RAMON, JR.
19. ALBERT RAMON,
20. RANDY RAMON,
21. JENNIFER REH,
22. DANIEL RIOS,
23. ISIAH ROGERS,
    aka BIGGIE,
24. ZENA ROMERO,
25. FNU LNU AKA SINALOA,

26. STEPHANIE TRUJILLO,
     aka SHORTY,
27.  ANTONIO VELAZQUEZ-HERNANDEZ,
     aka TONY,
28. CARRIE VILLARREAL,

   Defendants.

# ORDER

**Blackburn, J.**

The matter comes before the court on the **Government's Motion to Disclose Grand Jury Material to Defendants** [#408][1] filed August 11, 2015, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

Having reviewed the motion and being otherwise advised in the premises, the court finds that good and sufficient cause supports the same.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Government's motion is granted, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to the defendants through their respective attorneys in the course of discovery in this case; and

2. That such materials shall only be used in defending this case; that such materials shall be disclosed only to the defendants and counsel for the defendants; that the defendants' attorneys shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States or otherwise disposed of to ensure against unauthorized disclosure at the end of the case.

---

[1] "[#408]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated August 14, 2015, at Denver, Colorado.

                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge