UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 15-cr-00272-REB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.    LUZ JEANETTE BAEZA,
4.    FNU LNU
        aka CHAPARRO,
5.    IVAN DOMINGUEZ-QUEZADA
        aka PRIMO and MASCOTA,
7.    WALTER SALINAS FRIAS,
        aka FLACO,
9.    MARLO GONZALEZ,
        aka EVIL,
11.   JASON HOLGUIN,
13.   JORGE LOYA-RAMIREZ,
        aka PRIMO,
14.   STEPHANIE MEDINA,
17.   ALAN RAMON,
18.   ALAN RAMON, JR.,
22.   DANIEL RIOS,
23.   ISIAH ROGERS,
        aka BIGGIE,
24.   ZENA ROMERO,
28.   CARRIE VILLARREAL,

        Defendants.[i]

_____

## SCHEDULING ORDER
_____

**Blackburn, J.**

On February 2, 2016, I conducted a status and scheduling conference which

resulted in the entry of an order directing the parties, either jointly or individually, to file by

March 10, 2016, any proposed schedule for the filing of non-CJA pretrial motions and corresponding responses.  On March 8, 2016, the government and defendants, 1, 2, 4, 9, 13-19, 22, 24, 26, and 28, filed a proposed schedule [#773].[ii]  I have reviewed the proposed schedule carefully.  I now enter the following scheduling order.

**ACCORDINGLY, IT IS ORDERED** as follows:

1. That the following motions and responses shall be filed as identified and scheduled in the table below:

| **Type of Motion** | **Motion Filing Deadline** | **Response Filing Deadline** |
| --- | --- | --- |
| **Fed.R.Crim.P. 12(b)(2) and 12(b)(3)(E)** *(excluding other motions brought under Fed.R.Crim.P. 12(b)(3))* | April 25, 2016 | 30 days after filing deadline |
| **Wiretap suppression motions – four corners and *Franks* discovery motions** | May 31, 2016 | 45 days after filing deadline |
| **Wiretap suppression motions – *non-four corners*** | 30 days after rulings on *Franks* discovery motions | 45 days after filing deadline |
| **18 U.S.C. § 3501** *(motions impugning the admissibility of confessions)* | May 31, 2016 | 21 days after filing deadline |
| **Motions to Suppress** *(other than motions relating to wiretaps and motions under 18 U.S.C. § 3501)* | May 31, 2016 | 21 days after filing deadline |
| **Fed.R.Crim.P. 14** (Motions to sever) | April 25, 2016 | 30 days after filing deadline |
| **Fed.R.Crim.P. 12(b)(3)** (*includes motions brought under Fed.R.Crim.P. 12(b)(3)(A) and (B), except* | April 25, 2016 | 30 days after filing deadline |

| Type of Motion | Motion Filing Deadline | Response Filing Deadline |
|---|---|---|
| *for motions to suppress relating to wiretaps, motions under 18 U.S.C. § 3501, and motions to sever which are scheduled above* | | |
| **Fed.R.Evid. 609(a)(1)** *This category does not describe a type of motion, but instead, describes a type of information but, for the sake of convenience, is included as a "Type of Motion."* | 45 days before trial | 15 days after filing deadline |
| **Fed.R.Evid. 702, 703, 705 Summaries under Fed.R.Crim.P 16(b)(1)(C)** *This category does not describe a type of motion, but instead, describes a type of information but, for the sake of convenience, is included as a "Type of Motion."* | 60 days before trial | 21 days after filing deadline |
| **Fed.R.Evid. 801(d)(2)(E) proffer and disclosures** *This category does not describe a type of motion, but instead, describes a type of information but, for the sake of convenience, is included as a "Type of Motion."* | 60 days before trial | 30 days after filing deadline |
| **Fed.R.Evid. 404(b) disclosure** *This category does not describe a type of motion, but instead, describes a type of information.* | 35 days before trial (amends deadline set forth in Discovery Conference Memoranda and Order) | 15 days after filing deadline |

2. That by separate order, the court shall set a telephonic (non-appearance) scheduling conference to set a further status-scheduling conference; counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; and

3. That at the further status-scheduling conference, the court shall determine which timely filed pretrial motions should be set for hearing, *i.e., at which the court may receive argument only or both evidence and argument,* and shall enter a further scheduling order.

Dated April 15, 2016, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[i] The caption does not include the name of any defendant who has filed a Notice of Disposition.
[ii] [#773] is an example of the convention I use to identify a specific paper filed in CM/ECF.